# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re PWN/Walgreen Litigation <br> _____ <br><br> This Document Relates To: <br><br> ALL ACTIONS. | ) <br> ) Lead Case No. 1:24-cv-00356-RGA <br> ) <br> ) (Consolidated with Case No. 1:24-cv-00357-RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

On consideration of Petitioner's Motion For Leave to File May 1 Filings Under Seal (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED. Petitioner shall file redacted versions of the sealed documents within 7 (seven) days of the sealed filings.

IT IS SO ORDERED this __6__ day of May, 2024.

/s/ Richard G. Andrews
United States District Court Judge